UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SILAS MARUNGO,

                Plaintiff,

           -against-

EDMUND COLETTI, et al.,

                Defendants.

**ORDER**

23-CV-09655 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared today in person in Courtroom 520 for a pre-motion conference.

In light of Plaintiff's written and oral representation on the record, the Third through Fifth Claims for Relief alleged in the Amended Complaint are dismissed without prejudice on consent of Plaintiff.

The Court granted Defendants leave to move to dismiss the remaining two claims for relief alleged in the Amended Complaint, and set the following briefing schedule: Defendants' motion shall be served, not filed, by May 20, 2024; Plaintiff's opposition shall be served, not filed, by June 21, 2024; and Defendants' reply shall be served, not filed, by July 8, 2024. On the reply date, July 8, 2024, the parties shall file all motion papers.

See Transcript.

SO ORDERED:

Dated:   White Plains, New York
          April 22, 2024

_____
PHILIP M. HALPERN
United States District Judge