**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EDNA SILAS MARUNGO,

                Plaintiff,

-against-                           23 **CIVIL** 9655 (PMH)

**JUDGMENT**

EDMUND COLETTI, et al.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 20, 2025, Defendants' motion to dismiss is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      February 20, 2025

                                          **TAMMI M. HELLWIG**

                                             **Clerk of Court**

                    **BY:**

                                           **Deputy Clerk**